United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 8, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

Nos. 06-30611 & 06-30905
Summary Calendar

_____

TINA M. GAD,

Plaintiff-Appellant,

versus

HEALTHSOUTH CORP.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana, Alexandria
USDC No. 1:04-CV-2541

_____

Before REAVLEY, GARZA and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reasons stated by

that court. HealthSouth complied fully with the Family Medical Leave Act and the

_____

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

12 weeks of leave ended on October 27, 2003. Gad took personal leave and was terminated for non-discriminatory reasons in December. Gad was an at-will employee and subject to termination in December. The district court did not abuse its discretion in costs assessed.

AFFIRMED.